RIALE et al., respondents, v. ROUSH et al., appellants.

G. G. SYMES, for appellants.

CHUMASERO & CHADWICK, for respondent.

THE facts in this case are the same as those in the case of *Mochon* v. *Sullivan*, *ante*, 470, and the same decision was made by the court.

MURPHY, J.  This is an action to foreclose a mechanic's lien.

There was a personal judgment in the court below, and execution thereon awarded, and the defendants appealed.

Upon the authority of the decision in the case of *Mochon* v. *Sullivan*, at the present term, we hold that this cannot be done, and the decree or judgment is so modified as to make void the personal judgment, and the cause remanded.

*Judgment affirmed in part and reversed in part.*